UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

| | |
|---|---|
| GARY GRINOLD and LYNNE GRINOLD, individually and as next friends on behalf of their minor sons, HANK GRINOLD, KYLE GRINOLD, and GALEN GRINOLD, and KENDALL GRINOLD,<br><br>    Plaintiffs,<br><br>v.<br><br>THE BOARD OF COUNTY COMMISSIONERS OF CIBOLA COUNTY, THE BOARD OF COUNTY COMMISSIONERS OF MCKINLEY COUNTY, COLTEN P. WHITE, SHERIFF MANUAL LUJAN, and SHERIFF FELIX BEGAY,<br><br>    Defendants. | No. CIV-06-1079-BRB/RHS |

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

No objections appearing of record, the Magistrate Judge's Report and Recommendation (Doc. #114) regarding Defendant Colten White's Motion to Dismiss (Doc. # 79) as a discovery sanction is hereby adopted in its entirety as the order of the Court.

    SO ORDERED.

Entered for the Court
this 10th day of November, 2007


Bobby R. Baldock
United States Circuit Judge
Sitting by Designation